WR-82,828-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 2:29:00 PM
Accepted 12/22/2015 2:41:11 PM
ABEL ACOSTA
CLERK

NO. WR-82,828-01

RECEIVED
COURT OF CRIMINAL APPEALS
12/22/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| *Ex parte* **RODNEY ANDERSON** | § § § § § § § | **IN THE TEXAS COURT OF CRIMINAL APPEALS** [Cause No. 09-07-07255 in the 359th Judicial District Court Montgomery County, Texas] |

## REQUEST FOR RECONSIDERATION
[DENIAL WRIT OF HABEAS CORPUS]

**TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

NOW COMES Rodney Young Anderson, Applicant, in the above styled and numbered cause, through his attorneys of record, Cynthia E. Orr and Christopher M. Griffith, and hereby submits this Request for Reconsideration requesting this Honorable Court move to reconsider his Writ of Habeas Corpus, under Article 11.07 of the Code of Criminal Procedure, and would show the following in support:

1. This Honorable Court denied Applicant's Writ, without written order on the findings of the Trial Court, on December 9, 2015.

2. On this Court's Order, an evidentiary hearing was held on May 27 and August 21, 2015. Additionally, counsel for Applicant and the State and the Trial Court held a conference by telephone on August 18, 2015.

3. The electronic docket sheet shows that a supplemental clerk's record was filed on September 22, 2015 and again on October 19, 2015. None of the

1

"case events" on the electronic docket sheet notate a reporter's record of the evidentiary hearing ordered by this Honorable Court being filed.

4. On December 16, 2015, undersigned counsel spoke with the Clerk's Office of this Honorable Court. Counsel was informed that the October 19, 2015 Supplemental Clerk's Record filing had notations that it contained the eight volume Reporter's Record, including exhibits, and consisted of 415 pages.

5. The transcript of the evidentiary hearing undersigned counsel now possesses alone comprises 402 pages without the exhibits offered during the hearing or the Master Index of the proceedings. While undersigned counsel is unsure of the exact total page length of exhibits offered in the evidentiary hearing, the exhibits were voluminous and comprised much more than 13 pages.

6. Due to the apparent discrepancy in page numbers, undersigned counsel is unsure this Honorable Court had the benefit of having the entire Reporter's Record available prior to the Court making their decision and humbly ask this Honorable Court to reconsider their December 9, 2015 decision on their own motion.

7. Should this Honorable Court move, upon its own motion, to reconsider Applicant's Writ of Habeas Corpus, undersigned counsel will supplement their Objections to the Trial Court's Findings of Fact and Conclusions of Law, and citing to the appropriate record reference, as counsel had planned.

**WHEREFORE PREMISES CONSIDERED,** Applicant requests, should he and undersigned counsel be correct that this Court did not have the benefit of the entire Reporter's Record of the evidentiary hearing, that this Honorable Court move, on its own motion, and reconsider the December 9, 2015 denial of his Writ of Habeas Corpus; allow Applicant's counsel to file their objections to the district court's findings of fact and conclusions of law, citing the record reference; and verify that both this Honorable Court and Applicant's counsel have the complete supplemental record.

Respectfully Submitted,

CYNTHIA E. ORR
Bar No. 15313350
GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Fl. Tower Life Bldg.
San Antonio, Texas 78205
whitecollarlaw@gmail.com
210-226-1463 phone
210-226-8367 facsimile

CHRISTOPHER M. GRIFFITH
Bar No. 24069072
LAW OFFICE OF CHRISTOPHER M. GRIFFITH
310 S. St. Mary's St., Ste. 1215
San Antonio, Texas 78205
cmarkgriffith@gmail.com
210-229-1444 phone
210-229-1445 facsimile

By:_/s/Cynthia E. Orr_____
        CYNTHIA E. ORR

Attorneys for Applicant,
RODNEY ANDERSON


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing Request for Reconsideration has been electronically delivered to Assistant District Attorney Bill Delmore of the Montgomery County District Attorney's Office as a member of e-File Texas, electronic filing system.

By:_/s/Cynthia E. Orr_____
        CYNTHIA E. ORR